Michael A. Siddons
Attorney ID #017592008
The Law Firm of Michael Alan Siddons
230 N. Monroe Street
PO Box 403
Media, PA 19063
Tel: 484-614-6546
msiddons@siddonslaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| KRISTOPHER WILSON, | : | |
| Plaintiff, | : | Civil Case No.: 2:20-cv-02488-CCC-ESK |
| vs. | : | |
| CAPITAL ONE BANK (USA), N.A., | : | |
| Defendant. | : | |
| | : | |

**NOTICE OF SETTLEMENT**

Plaintiff, KRISTOPHER WILSON, ("Plaintiff"), through his attorney, Michael A. Siddons, informs this Honorable Court that the Parties have reached a settlement in this case.

Plaintiff anticipates dismissing this case, with prejudice, within 60 days.

                                                RESPECTFULLY SUBMITTED,

DATED: June 30, 2020                  By:/s/ Michael A. Siddons
                                                    Michael A. Siddons
                                                    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on June 30, 2020, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

> By: /s/ Michael A. Siddons
> Michael A. Siddons